IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEILA NELSON-COLE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SOCIAL SECURITY ADMINISTRATION | : | NO. 07-CV-5259 |
| | : | |

O R D E R

AND NOW, this 8th day of December, 2008, upon review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice entered on November 7, 2008, and the Objections of the Plaintiff to the Report in the form of a 4-page letter, it is hereby ORDERED that:

1. The Report and Recommendation [Doc. #11] is APPROVED and ADOPTED.

2. The Plaintiff's Request for Review [Doc. # 8] is DENIED.

3. Judgment is ENTERED in favor of the Commissioner of Social Security and against the Plaintiff.

4. The Clerk is DIRECTED to mark this case closed for statistical purposes.

BY THE COURT:

*/s/ THOMAS M. GOLDEN*
THOMAS M. GOLDEN, J